IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CLEVELAND BROWN,<br><br>Plaintiff,<br><br>v.<br><br>HEATH R. SEXTON, individually and as County Engineer for Chilton County, Alabama, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:26-cv-449-JTA<br>(WO) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court as follows:

1. Defendants' motion to dismiss (Doc. No. 7) is GRANTED.
2. Plaintiff's 42 U.S.C. § 1983 claims are DISMISSED with prejudice.
3. Plaintiff's state law claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c).
4. This action is DISMISSED.
5. The costs of this action shall be taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 16th day of November, 2026.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE